# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-50637
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 8, 2017

Lyle W. Cayce
Clerk

DAVID MICHAEL WEST,

Plaintiff-Appellant

v.

NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:14-CV-984

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:*

Plaintiff-Appellant David Michael West's appearance before us constitutes at least the fourth time he has appealed the denial of his Social Security claim of disability: First, before the Administrative Law Judge ("ALJ"); second, before the Appeals Council; third, before both the Magistrate Judge and the United States District Court; and fourth before this court. We join the first three tribunals that denied West's claim by affirming the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-50637

judgment of the district court issued following its *de novo* review of the entire case by affirming the final decision of the Commissioner based, as it was, on the ruling of the ALJ.

We have painstakingly reviewed the parties' contentions on appeal as set forth in their briefs, as well as West's record excerpts and the carefully explicated Report and Recommendation of the United States magistrate judge; and we have independently reviewed the facts and the law to the extent of our authorization to do so. As a result, we are satisfied that the ALJ, the Appeals Council, the magistrate judge and the district judge uniformly and consistently "got it right" in their rejections of West's Social Security claims. For the reasons patiently set forth by those who heard this case before we did, the Order of the district court affirming the Commissioner's denial of West's requested relief is, in all respects,

AFFIRMED.